Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN DEWAYNE DAVIS,<br><br>Defendant. | NO. CR15-053RAJ<br><br>ORDER CONTINUING PRETRIAL MOTIONS DEADLINE |

THE COURT, having considered the defense motion to continue the pretrial motions cutoff date, and good cause having been shown,

IT IS ORDERED that Defendant's Motion (Dkt. #141) is GRANTED. All pretrial motions as to Defendant Calvin Dewayne Davis, including motions in limine, shall be filed no later than July 24, 2015.

DATED this 20th day of July, 2015.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge