Hon. Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

CALVIN DAVIS,

               Defendant.

No.   CR15-053RAJ

ORDER TO SEAL DOCUMENT

     THIS MATTER has come before the undersigned on the motion to file the supplement to Defendant's motion for early termination of supervised release under seal.  The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

     IT IS ORDERED that Defendant's Motion to Seal (Dkt. #393) is GRANTED and the supplement to Defendant's motion for early termination of supervised release shall remain filed under seal.

     DATED this 5th day of March, 2019.

_____
The Honorable Richard A. Jones
United States District Judge